| | |
|---|---|
| 1 | W.V. Bernie Siebert, Esq., #4052 |
| 2 | Leslie A. Johnson, Esq. |
|   | 633 17th Street, Suite 3000 |
| 3 | Denver, Colorado 80202 |
|   | (303) 299-8222 |

W.V. Bernie Siebert, Esq., #4052
Leslie A. Johnson, Esq.
633 17th Street, Suite 3000
Denver, Colorado 80202
(303) 299-8222

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DIANA LEHTO, CHERYL JOHNSON, LINDA RICHARDS & SUSAN DVORAK, <br><br> Plaintiffs, <br><br> v. <br><br> ARROW ELECTRONICS, INC., and DOES I-X, <br><br> Defendants. | CASE NO. 3:05-cv-00648-HDM-VPC <br><br> **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

COME NOW Diana Lehto, Cheryl Johnson, Linda Richards and Susan Dvorak (hereinafter "Plaintiffs") and Arrow Electronics, Inc. (hereinafter "Defendant"), by and through their attorneys, and hereby

1. Stipulate and agree that this matter was amicably resolved on February 7, 2006 with the assistance of Magistrate Judge Robert A. McQuaid, Jr.

2. Plaintiffs have executed all documents required by Defendant.

3. Defendant has tendered the settlement amounts to Plaintiffs.

WHEREFORE, the parties stipulate and agree that the above captioned matter should be dismissed with prejudice with each party paying their/its own attorney fees and costs.

Respectfully submitted this 21st day of February, 2006.

|  |  |
|---|---|
| s/ Mark Mausert<br>Mark Mausert, #002398<br>930 Evans Avenue<br>Reno, NV  89512<br>mausertlaw@nvbell.net<br>Tele:  (775)786-5477 / Fax:  (775) 786-9658 | SHERMAN & HOWARD L.L.C.<br><br>s/ W. V. Bernie Siebert<br>W.V. Bernie Siebert, #4052<br>Leslie A. Johnson<br>633 17th Street, Suite 3000<br>Denver, CO  80202<br>bsiebert@sah.com / ljohnson@sah.com<br>Tele:  (303) 299-8222 / Fax:  (303) 298-0940<br><br>John O. Swendseid<br>SWENDSEID & STERN<br>A Member of Sherman & Howard L.L.C.<br>Bank of America Building<br>50 West Liberty Street, Suite 1000<br>Reno, NV  89501<br>Tele:  (775) 323-1980 / Fax:  (775) 323-2339 |